**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00738-REB-MEH

FELICIA SANCHEZ,

    Plaintiff,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiff's Motion For Leave To Supplemental** [*sic*] **Response To Defendant's Motion For Summary Judgment** [#24][2] filed December 21, 2011.  The motion is **GRANTED**, and [#24] is accepted for filing as plaintiff's supplemental response to the motion for summary judgment.

    Dated:  December 21, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.